# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | | |
|---|---|---|
| **Case No.:** | 19-15892-JPS | **Trustee Name:** Robert D. Barr |
| **Case Name:** | WILLIAMS, JONATHAN P. AND WILLIAMS, DENISE A. | **Date Filed (f) or Converted (c):** 09/23/2019 (f) |
| **For the Period Ending:** | 12/30/2019 | **§341(a) Meeting Date:** 11/14/2019 |
| | | **Claims Bar Date:** 04/08/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 752 STARLITE DRIVE Berea OH 44017-0000 | $140,000.00 | $0.00 | | $0.00 | FA |
| 2 | Make: FORD Model: F 150 Year: 2002 | $300.00 | $0.00 | | $0.00 | FA |
| 3 | 2018 NISSAN SENTRA Mileage: 6000 | $14,000.00 | $1.00 | | $0.00 | $1.00 |
| 4 | Other Information: WORK TRAILER | $500.00 | $0.00 | | $0.00 | FA |
| 5 | HOUSEHOLD FURNISHINGS | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | PERSONAL CLOTHING | $800.00 | $0.00 | | $0.00 | FA |
| 7 | TWO DOGS, TWO CATS, NINE CHICKENS | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Checking FIFTH THIRD BANK | $500.00 | $0.00 | | $0.00 | FA |
| 9 | Savings PNC --BUSINESS ACCOUNT | $145.00 | $0.00 | | $0.00 | FA |
| 10 | Savings BEST REWARDS CREDIT UNION | $10.00 | $0.00 | | $0.00 | FA |
| 11 | Pension UAW PENSION - IN PAYOUT | Unknown | $0.00 | | $0.00 | FA |
| 12 | Pension OPERS | Unknown | $0.00 | | $0.00 | FA |
| 13 | Company name: TERM LIFE INSURANCE FROM FORD ; Beneficiary: SPOUSE | $0.00 | $0.00 | | $0.00 | FA |
| 14 | ZERO TURN MOWER AND TRAILER | $300.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $158,555.00 | $1.00 | | $0.00 | $1.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

12/30/2019    Investigating potential defective lien on motor vehicle, and possible sale of the vehicle. Review claims.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020    **Current Projected Date Of Final Report (TFR):** 12/31/2020

/s/ ROBERT D. BARR
ROBERT D. BARR